**DISMISSED and Opinion Filed April 6, 2020**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-20-00280-CV

## IN RE FREDERICK Q. HERROD, Relator

**Original Proceeding from the Criminal District Court No. 5**
**Dallas County, Texas**
**Trial Court Cause No. F00-48012-SL**

## MEMORANDUM OPINION
Before Justices Myers, Molberg, and Evans
Opinion by Justice Molberg

In this original proceeding, Frederick Q. Herrod has filed an "appeal" of his conviction for aggravated robbery claiming the conviction is void because the trial court lacked subject matter jurisdiction over the case.[1] Because it raises a collateral attack on relator's conviction, we interpret relator's appeal as an original application for writ of habeas corpus.

We do not have jurisdiction to consider an original application for writ of habeas corpus arising from a criminal proceeding. *See* TEX. CODE CRIM. PROC. ANN.

---

[1] Relator was convicted in 2000 and sentenced to a forty-five-year term of imprisonment. *See Herrod v. State*, No. 05-00-01656-CR, 2002 WL 227039 (Tex. App.—Dallas Feb. 15, 2002, no pet.) (per curiam) (not designated for publication).

art. 11.05; TEX. GOV'T CODE ANN. § 22.221(d); *In re Ayers*, 515 S.W.3d 356, 356–57 (Tex. App.—Houston [14th Dist.] 2016, orig. proceeding) (per curiam).

Furthermore, because relator has been convicted and is serving a term of imprisonment, relator's writ application must be brought pursuant to article 11.07 of the code of criminal procedure. *See* TEX. CODE CRIM. PROC. art. 11.07, §§1, 3. This Court does not have jurisdiction to consider an article 11.07 writ application. *See Board of Pardons and Paroles ex rel. Keene v. The Eighth Court of Appeals*, 910 S.W.2d 481, 483 (Tex. Crim. App. 1995) (orig. proceeding). An 11.07 writ application must be filed with the trial court and made returnable to the court of criminal appeals. *See* TEX. CODE CRIM. PROC. art. 11.07, §3(b); *Keene*, 910 S.W.2d at 483.

We dismiss this original proceeding for want of jurisdiction.

/Ken Molberg//
KEN MOLBERG
200280f.p05                                              JUSTICE

–2–